CV-16-CO-1365-S

1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2016 AUG 22 A 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

IBIN JAMES CURTIS
_____
_____
_____

(Enter above the full name(s) of the plaintiff(s) in this action)

MS. EVAN's - KING, n
WARden Bolling - WARden, n
Angela MiRee" - SHiRly pRice, n
~~strikethrough~~ - Commissioner
Dunn, Alabama D.O.C.

(Enter above full name(s) of the defendant(s) in this action)

Previous lawsuits

A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): _____

       Defendant(s) _____

   2.  Court (if Federal Court, name the district; if State Court, name the county)

       _____

   3.  Docket Number _____

   4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement __DONALDSON PRISON-BESSEMER, ALA__

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( )

   C. If your answer is YES
      1. What steps did you take? __WROTE AND TALKED TO THE WARDEN__
      2. What was the result? __NONE - I WAS COMPLETELY IGNORED__

   D. If your answer is NO, explain why not? _____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __IBIN JAMES CURTIS__

      Address __100 WARRIOR LANE-BESSEMER, AlaBama 35023__

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Angela MiRee__

   is employed as __WARden__

   at __Donaldson PRison__

C. Additional Defendants __SHiRly pRice - pRison coordinATor WARden Bolling - PRison Commmissionor Dunn - And AlaBama Department of CoRRection's : Ms. Evan's - "King" - pRison pHycoligist... LT. JoHnson,__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Each defendent - is Equally involved in pART with Illegally Holding Me in Solitory confindment for going on 3 Months Now - Violating several of My Right's - Refusing me access To The Law LiBRARy, Exercise, cHurch, a cHance To Clean up THis filtHy Cell THAT I'm Being Held in - forcing me To Live With ANoTHer iNMATe in THe Same cell in Lock up against My Wishes - forcing me with a THReAT of Being Beaten Everyday - if I So Much as complain aBout How un-fair And CRule

I was being treated.
Inmate was forced to miss his medication for week's at a time, Because I was Refused Hospitol visit's.

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ask and Beg the court to order these defendewT's to Release my from SoliTary confinement, And that they Be made to pay monatary damage for all the mental pain and suffering that I have endured, And that these defendant's Be punished or fired from their Job's — if not Both ser.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-10-2016
(date)

Ibin James Curtis
Joe Henderson
Adrian Talley Jr.

Signature(s)

- 4 -

#129456

MR. IBIN CURTIS
100 WARRIOR LANE
BESSEMER, AlABAmA. 35023

D-7

Legal
  MAil



BIRMINGHAM
AL 350
19 AUG '16
PM 3 L

675

$ 000.67⁵
02 1P
0000807944   AUG 19 2016
MAILED FROM ZIP CODE 35023

UNITED STATE'S DISTRICT COURT
THE NORTHERN DISTRICT OF AlaBama
Room 104 - Federal CourTHouse.
1800 FifTH AVENUE NORTH.
Birmingham, AlaBama 35203